B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois (EASTERN DIVISION)

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **McLaughlin, Mary, Bridget** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Dilger, Mary, Bridget** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-3456** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **0S510 Cornell Ave, Villa Park, Illinois** ZIP CODE **60181** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

*Stamps: KENNETH S. GARDNER, CLERK; P3 REP. - AJ; FILED JUL 14 2010 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS*

B1 (Official Form 1) (4/10) Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **McLaughlin, Mary, Bridget** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** McLaughlin, Mary, Bridget |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X *Mary B. McLaughlin* Signature of Debtor X _____ Signature of Joint Debtor 630-861-8842 Telephone Number (if not represented by attorney) 07/12/2010 Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

EASTERN DIVISION

In re McLaughlin, Mary, Bridget
          Debtor

Case No._____
        (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                              Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Mary B. McLaughlin*
Date: 7-12-10

Accounts Receivable Management Inc
Acct # xxx7047
PO Box 129
Thorofare, NJ 08086-0129

ACL Laboratories
Acct # AOS091xx
8901 W Lincoln Ave
West Allis, WI 53227

ACL
Acct # xxS09144-0
PO Box 27901
West Allis, WI 53227

Allied Interstate
Acct # xxxx5458
PO Box 361774
Columbus, OH 43236

Allied Interstate
Acct # xxx7047
5th Floor
3000 Corporate Exchange Dr
Columbus, OH 43231

Alonso MD, Oscar L
Acct # xxLMA001
1034 Warren Ave
Downers Grove, IL 60515-3601

American Coradius Intl LLC
Acct # xxxx7627
Suite 150
2420 Sweet Home Rd
Amherst, NY 14228-2244

Anesthesia Services
Acct # xx7693
3811 Highland Ave
Downers Grove, IL 60515-1555

Anesthesia Services
Patient ID xx7693-1
3811 Highland Ave
Downers Grove, IL 60515-1555

Anesthesia Services
Patient ID xx7693-2
3811 Highland Ave
Downers Grove, IL 60515-1555

Barons Creditor's Service
Acct # x4594
Suite 9
155 Revere Dr
Northbrook, IL  60062-1558

Beneficial National Bank
Acct # xxx5458
PO Box 15518
Wilmington, DE 19850-5518

Best Buy
Acct # xxxx5458
PO Box 15524
Wilmington, DE 19850

Best Buy
Acct # xxxx5458
PO Box 17298
Baltimore, MD 21297-1298

Bureau of Collection Recovery Inc
Acct # xxx8400
7375 Corporate Way
Eden Prairie, MN 55344

CACH LLC
Acct # xxxx1517
Suite 5000
370 17th St
Denver, CO 80202

Care Credit
Acct # 601918183543xxxx
PO Box 981439
El Paso, TX 79998-1439

Care Credit
Acct#: 601918184309xxxx
PO Box 981439
El Paso, TX 79998-1439

CBCS 24
Acct # 24-09069xxxx
PO Box 164059
Columbus, OH 43216-4059

Chase
Acct # 1160364400xxxx
11200 W. Parkland Ave
PO Box 3139
Milwaukee, WI 53201-3139

Chase Card Services
Acct # 182000001661xxxx
PO Box 15298
Wilmington, DE 19850

Chase Cardmember Services
Acct # 182000001661xxxx
PO Box 15325
Wilmington, DE 19886-5325

Chase Card Services
Acct # xxxx1150
PO Box 15298
Wilmington, DE 19850

Chase Card Services
Acct # xxxx1150
PO Box 15153
Wilmington, DE 19886-5153

Chase Card Services
Acct # xxxx1150
PO Box 15548
Wilmington, DE 19886-5548

Chase Bank USA
Acct # xxxx1719
PO Box 15298
Wilmington, DE 19850

Chase
Acct # xxxx1719
PO Box 15153
Wilmington, DE 19886-5153

Chase
Acct # xxxx1719
PO Box 2188
Westport, CT 06880-0788

Chase Card Services
Acct # xxxx7627
PO Box 15298
Wilmington, DE 19850

Cardmember Services
Acct # xxxx7627
PO Box 15548
Wilmington, DE 19886-5548

Corporate Receivables Inc
Acct # xxxx5458
PO Box 32995
Phoenix, AZ 85064-2995

Comcast Chicago Seconds 2000
Ref # 1955 Curtiss St, Downers Grove
155 Industrial Drive
Elmhurst, IL 60126-1616

Credit Collection Services
File # xxxx0486
PO Box 587
Needham Heights, MA 02494

Credit Management LP
Acct # xxx38865
4200 International Pkwy
Carrollton, TX 75007

Davis MD, James R
Acct # xxx7173
Suite 307
120 Spalding Dr
Naperville, IL 60540

Dependon Collection Services Inc
Acct # xxxx886133
PO Box 4833
Oakbrook, IL 60523-4833

Direct Merchants Bank
Acct # 473068013400xxxx
PO Box 29468
Phoenix, AZ 85038-9468

DRS Bonded
6906 Plainfield Rd
Cincinnati, OH 45241

Educational Direct
99 Garnsey Road
Pittsford, NY 14534

Enhanced Recovery Corporation
Ref # xxxx6039
PO Box 1967
Southgate, MI 48195-0967

Enhanced Recovery Corporation
Acct # xxxx4304
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Equitable Ascent Financial
Suite A
1120 W Lake Cook Rd
Buffalo Grove, IL 60089

Firstsource Advantage LLC
Acct # xxxx4304
205 Bryant Woods S
Amherst, NY 14228

FMS Inc
Acct # xxxx4304
PO Box 707600
Tulsa, OK 74170-7600

Forest Recovery Services LLC
Acct # FRS209xx
PO Box 83
Barrington, IL 60010-0083

GE Money Bank

Acct # xxxx4305
PO Box 981127
El Paso, TX 79998-1127

Good Samaritan Hospital
Acct # xxxx7399
PO Box 93548
Chicago, IL 60673

Gorham, Marilyn
Attn: Landlord
0S510 Cornell Ave
Villa Park, IL 60181

Gorham, Marilyn
Attn: Loan Re-Payment
0S510 Cornell Ave
Villa Park, IL 60181

Grove Dental Assoc
Acct # x7687
Suite 315
6800 S. Main Street
Downers Grove, IL 60516-3493

Hilco Receivables
Acct # xxxx7627
Suite 206
5 Revere Dr
Northbrook, IL 60062

Household Bank
Acct#: 549110012704xxxx
12447 SW 69th Ave
Tigard, OR 97223-8517

Household Credit Services
Acct#: 544045601785xxx
PO Box 98706
Las Vegas, NV 89193-8706

HSBC
Acct # xxxx7184
PO Box 5250
Carol Stream, IL 60197-5250

HSBC Bank
Acct # 544045601785xxx
PO Box 5253
Carol Stream, IL 60197

HSBC Bank Nevada
Acct#: xxxx7184
PO Box 5253
Carol Stream, IL 60197

HSBC Card Services
Acct # xxxx7184
PO Box 17313
Baltimore, MD 21297-1313

HSBC Officemax
Acct#: 273606090356xxxx
431 Lakeview Ct
Mount Prospect, IL 60056-6048

HSBC Officemax
Acct # 273606090356xx
PO Box 15524
Wilmington, DE 19850

HSBC Retail Services
Acct # xxxx5458
PO Box 5244
Carol Stream, IL 60197-5244

ICS Collection Services
Acct # xxx60830
PO Box 1010
Tinley Park, IL 60477-9110

ICS Collection Services
ICS Acct#: xxx60846
PO Box 1010
Tinley Park, IL 60477-9110

IC System Inc
PO Box 64378
St. Paul, MN 55164

Illinois Collection Service Inc
Acct # xxxx1921

PO Box 1010
Tinley Park, IL 60477-9110
Illinois Collection Service Inc
3101 W 95th St
Evergreen Park, IL 60805

J2 Jconnect Service
Number xx63-9008
5th Floor
6922 Hollywood Blvd
Los Angeles, CA 90028

Jay K Levy & Assoc
Acct # xxx7687
Suite 2
155 Revere Dr
Northbrook, IL 60062-1558

Jurisearch
Acct # xxxx64800
Suite 1000
3550 Wilshire Blvd
Los Angeles, CA 90010

Kohl's Chase
Acct # 02960790xxxx
PO Box 3115
Milwaukee, WI 53201

Kohls Department Store
PO Box 3115
Milwaukee, WI 53201

Lawcrossing.com
Acct # xxxx31801
Suite 200
175 S Lake Ave
Pasadena, CA 91101

Leading Edge Recovery Solutions LLC
Acct # xx23445
8550 W. Bryn Mawr
Chicago, IL 60631

LVNV Funding LLC
Acct # xxxx5458

PO Box 10584
Greenville, SC 29603-0584

LVNV Funding LLC
Acct # xxxx5458
PO Box 10497
Greenville, SC 29603

Match.com
Suite 800
8300 Douglas Ave
Dallas, TX 75225

M&M Orthopaedics
4115 Fairview Ave
Downers Grove, IL 60515

M&M Orthopaedics
Acct#: xx5330
Suite 230
4300 Commerce Ct
Lisle, IL 60532-3698

National Action Financial Services Inc
Acct # xxxx7184
Suite 100
165 Lawrence Bell Dr
Williamsville, NY 14231-9027

NCB Management Services Inc
Acct # xxxx7184
PO Box 1099
Langhorne, PA 19047

NCB Management Services
1 Allied Dr
Trevose, PA 19053

New Century Mortgage
Acct # 100036xxxx
3337 Michelson Dr Ste 350
Irvine, CA 92612-1699

National Education Service
Suite 700
200 W Monroe

Chicago, IL 60606

Northern Illinois Gas
Acct # xxx38110001
Attn: Bankruptcy & Collections
PO Box 549
Aurora, IL 60507

North American Emergency Medical Center
Patient # xx823
1254 Ogden Ave
Downers Grove, IL 60515

North Shore Agency Inc
ID # xxxx0079982
PO Box 4945
Trenton, NJ 08650

North Shore Agency Inc.
ID # xxxx 10027416
PO Box 4945
Trenton, NJ 08650

Orchard Bank
Acct # xxxx7047
PO Box 80084
Salinas, CA 93912-0084

Pentagroup Financial LLC
Acct # xxxx11517
Suite 1400
5959 Corporate Dr
Houston, TX 77036

P Scott Lowery PC
Acct # xxxx4305
Suite 700
4500 Cherry Creek Dr, S
Denver, CO 80246

P Scott Lowery PC
Acct # xxxx4305
4340 S Monaco St
Denver, CO 80237

Quest Diagnostics

Invoice # xxxx24346
1355 Mittel Blvd
Wood Dale, IL 60191-1024

Quest Diagnostics
Invoice # xxxx61054
1355 Mittel Blvd
Wood Dale, IL 60191-1024

Quicken Online
Acct # QST242687xxxx
Attn: Legal Dept Bankruptcy Notice
2632 Marine Way MS2700
Mountain View, CA 94039

Radiologists of DuPage SC
Acct # xxxx66387
520 E. 22nd St
Lombard, IL 60148

RMCB Collection Agency
Acct # xxxx39477
Bldg 3
2269 S. Saw Mill River Rd
Elmsford, NY 10523

RMS
Claim # xxxx03628NN
Suite 400
1000 Circle 75 Pkwy
Atlanta, GA 30339

Rohrer Graphic Arts, Inc
491 W. Fullerton Ave
Elmhurst, IL 60126

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

Saxon Mortgage Services Inc
Acct # 200004xxx
4708 Mercantile Dr. N
Fort Worth, TX 76137

Sentry Credit Inc

Acct # xxxx7047
2809 Grand Ave
Everett, WA 98201

SIMM
800 Pescadero Dr
Newark, DE 19702

Sprint Nextel
Number xxx 5682
10006 Park Meadows Drive
Lone Tree, CO 80124-5453

Target National Bank
Acct # xxxx4304
PO Box 673
Minneapolis, MN 55440-0673

The Law Offices of Joseph P Glimco III
Case # 08D269
Bldg F
8340 Lemont Rd
Darien, IL 60561

The Law Offices of Joseph P Glimco III
Case Name: Foreclosure
Bldg F
8340 Lemont Rd
Darien, IL 60561

The Student Loan People
10180 Linn Station
Louisville, KY 40223

Transworld Systems
Acct # 9822K000038xxxx
PO Box 1864
Santa Rosa, CA 95402

Ultimate Exposure Tanning Centers
Acct # xxxx665600
18W411 Roosevelt Rd
Lombard, IL 60148

US Department of ED Direct
PO Box 5609

Greenville, TX 75403

WAMU Visa
Acct # xxxx1719
PO Box 660487
Dallas, TX 75266-0487

Weiss & Company LLP
Suite 400
2700 Patriot Blvd
Glenview, IL 60026

Women's Workout World
Acct # xx63618
2133 63rd St
Downers Grove, IL 60516-2547

Xpress Loan Servicing
Acct # xxxx55877
Suite 125
1500 W 3rd St
Cleveland, OH 44113

Xpress Loan Servicing
Acct # xxxx55877
Suite 125
1500 W 3rd St
Cleveland, OH 44113

Zwicker & Assoc PC
File # xxxxx47326
80 Minuteman Rd
Andover, MA 01810